**Rodney Victor HARRIS, Plaintiff—Appellant,**

v.

**Angi Nicole MORRIS, Attorney At Law; Gilmer, Sadler, Ingram, Sutherland & Hutton, L.L.P., Defendants—Appellees.**

No. 03–2500.

United States Court of Appeals, Fourth Circuit.

Submitted April 23, 2004.

Decided May 11, 2004.

Rodney Victor Harris, Appellant pro se. Jim Harold Guynn, Jr., Guynn, Memmer & Dillon, P.C., Roanoke, Virginia; Phillip Verne Anderson, Kevin Osborne Barnard, Frith, Anderson & Peake, Roanoke, Virginia, for Appellees.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his complaint alleging claims under 42 U.S.C. § 1983 (2000) and state law. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motions for a stay, to supplement the record with circuit court transcripts, and for a continuance, and we dismiss the appeal on the reasoning of the district court. *See Harris v. Morris,* No. CA–03–560–7 (W.D.Va. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*